UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23137-Civ-Williams

DIANA MARCELA ARBELAEZ,

       Plaintiff,

v.

CAPITAL ADVANCE SOLUTIONS, LLC,

       Defendant.

_____/

**DEFAULT FINAL JUDGMENT**

Upon consideration of Plaintiff's motion for default judgment, and for good cause shown, it hereby

**ORDERED** that judgment is entered against Defendant Capital Advance Solutions, LLC and in favor of Plaintiff on Plaintiff's claim that Defendant willfully violated 7 U.S.C. § 227; and it is further

**ORDERED** that judgment for damages is entered in favor of Plaintiff, Diana Marcela Arbelaez, and against Defendant Capital Advance Solutions, LLC in the total amount of $17,727.55, consisting of $11,000 in statutory damages, $6,202.55 in reasonable attorneys' fees and $535 in taxable costs, which shall bear statutory interest pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20 day of January, 2016.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE